```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
THOMAS GESUALDI, LOUIS BISIGNANO,
ANTHONY PIROZZI, DOMINICK MARROCCO,       :   09 CIV. 2440 (DLC)
FRANK FINKEL, JOSEPH FERRARA, MARC        :
HERBST, THOMAS PIALI and DENISE           :   PRETRIAL
RICHARDSON, as Trustees and Fiduciaries   :   SCHEDULING ORDER
of the Local 282 Welfare, Pension,        :
Annuity, Job Training, and Vacation and   :
Sick Leave Trust Funds,                   :
                                          :
                     Plaintiffs,          :
           -v-                            :
                                          :
DANIELLO CARTING CO., LLC,                :
                                          :
                     Defendant.           :
-----------------------------------------X

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 8/28/09]

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 28, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  All discovery must be completed by **November 13, 2009**.

2.  The following motion will be served by the dates indicated below.

    Plaintiffs' motion for attorney fees

    -   Motion served by **December 4, 2009**
    -   Opposition served by **December 18, 2009**
    -   Reply served by **January 8, 2010**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 28, 2009

                                   _____
                                        DENISE COTE
                                   United States District Judge